**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Alan A. Williams and Miriam A. Williams | No.  11-44142 |
| Debtor | Hon.  Bruce W. Black |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on July 24, 2015, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Ross T. Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Nathan E Delman and Glenn B. Stearns on July 24, 2015.

_____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

<u>**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**</u>

**SERVICE LIST**

Alan A. Williams and Miriam A. Williams
407 Fayette Drive
Oswego, IL 60543

Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532

Nathan E Delman
The Semrad Law Firm, LLC
20 S. Clark, 28th Floor
Chicago, IL 60603